

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Campari America LLC<br><br>         **Plaintiff,**<br><br>      V.<br><br>Evelyn Rosa Rivero, Individually doing business as Cabo Wabo Grill; Fernando Zarate Flores, Individually doing business as Cabo Wabo Grill 2<br><br>         **Defendant.** | Civil Action No.   16cv2918-BTM-AGS<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for default judgment against Defendants Rivero and Flores (ECF No. 13) is granted. A permanent injunction is hereby entered in favor of Plaintiff Campari America LLC. Defendants EVELYN ROSA RIVERO, Individually and d/b/a Cabo Wabo Grill; and FERNANDO ZARATE FLORES, Individually and d/b/a CABO WABO GRILL 2, their respective agents, servants, employees, officers, successors, licensees, assigns, and all persons acting in concert or participation with them, are enjoined and restrained as follows. They shall forthwith: a. Cease and desist any present or future use of Plaintiff's registered trademarks, including without limitation CABO WABO, or marks confusingly similar thereto; b. Cease and desist any present or future use of signage using Plaintiff's registered trademarks, including without limitation CABO WABO, or marks confusingly similar thereto; c. Remove all trade dress, signage, advertising, or other uses of Plaintiff's registered trademarks, including without limitation CABO WABO, or marks confusingly similar thereto. Lastly, because Plaintiff does not seek damages its claim for damages is dismissed as moot and without prejudice.

Date:     2/26/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ M. Niebla

            M. Niebla, Deputy