UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMPARI AMERICA LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVELYN ROSA RIVERO, individually and d/b/a CABO WABO GRILL; and FERNANDO ZARATE FLORES, individually and d/b/a CABO WABO GRILL 2,<br><br>Defendants. | Case No.: 16-cv-02918-BTM-AGS<br><br>**JUDGMENT OF INJUNCTION** |

Defendants EVELYN ROSA RIVERO, Individually and d/b/a Cabo Wabo Grill; and FERNANDO ZARATE FLORES, Individually and d/b/a CABO WABO GRILL 2, their respective agents, servants, employees, officers, successors, licensees, assigns, and all persons acting in concert or participation with them, are enjoined and restrained as follows. They shall forthwith:

    a.    Cease and desist any present or future use of Plaintiff's registered trademarks, including without limitation CABO WABO, or marks confusingly similar thereto;

    b.    Cease and desist any present or future use of signage using

Plaintiff's registered trademarks, including without limitation CABO WABO, or marks confusingly similar thereto;

      c.    Remove all trade dress, signage, advertising, or other uses of Plaintiff's registered trademarks, including without limitation CABO WABO, or marks confusingly similar thereto.

**IT IS SO ORDERED**.

Dated: February 26, 2018

Barry Ted Moskowitz, Chief Judge
United States District Court